```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  1/12/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

**PAMMY ANNE NICKERSON,**

                    **Plaintiff,**

                    **20-mc-00732 (ALC)**

    -against-

                    **ORDER**

**CHAMPION MORTGAGE COMPANY,**

                    **Defendant.**

------------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      Plaintiff submitted a document to this Court titled "Pammy Anne Nickerson Case Record" dated December 1, 2020 along with a Miscellaneous Cover Sheet purporting to initiate a miscellaneous case. ECF Nos. 1-2. This case does not fit into any of the miscellaneous categories.

      Accordingly, Plaintiff is hereby ORDERED to file this case as a civil case and pay the $402 filing fee or file an *in forma pauperis* application pursuant to 28 U.S.C. § 1915. Plaintiff may consider reviewing SDNY's *pro se* website containing resources for *pro se* litigants (http://nysd.uscourts.gov/prose) or contacting the New York Legal Assistance Group's (NYLAG) Legal Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this Court. A copy of the flyer with details of the clinic is attached to this order. The clinic is currently only available by telephone.

The Clerk of Court is directed to mail Plaintiff a copy of this order and terminate this case.

**SO ORDERED.**

**Dated:**     **January 12, 2021**
            **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**

# Notice For Pro Se Litigants



**As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.**

**Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.**

**If you need the assistance of the clinic, please call <u>212-659-6190</u> and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.**

**Please be patient because our responses to your messages may be delayed while we transition to phone appointments.**

